**Motion Granted in Part and Continuing Abatement Order filed July 26, 2012.**



In The

# Fourteenth Court of Appeals

———————

## NO. 14-11-00739-CV

———————

### KEN S. OGBONNIA d/b/a FIRST TEXAS ENERGY, Appellant

### V.

### A T & T ADVERTISING, LP, Appellee

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 988333**

## CONTINUING ABATEMENT ORDER

On April 17, 2012, this court ordered appellant to obtain counsel to represent the appellant-corporation, First Texas Energy Corporation, on or before May 14, 2012. In addition, the court ordered appellant to file a corrected brief that complies with the Texas Rules of Appellate Procedure. On May 14, 2012, appellant requested an additional sixty days to obtain counsel. The court granted the motion and abated the appeal for sixty days until July 23, 2012.

On July 23, 2012, appellant requested an additional sixty days in which to hire counsel. Appellee filed a response in opposition to a third extension of time.

The court **GRANTS** a **FINAL** extension of time for **thirty days** to file an amended brief in compliance with the Texas Rules of Appellate Procedure. Appellant may proceed *pro se* in his individual appeal, if he is unable to obtain counsel. **NO FURTHER EXTENSIONS WILL BE GRANTED.** If an amended brief in compliance with the rules is not filed by **AUGUST 27, 2012,** as ordered herein, the appeal will be dismissed. *See* Tex. R. App. P. 42.3(c).

The appeal remains **ABATED**, treated as a closed case, and removed from this court's active docket until **August 27, 2012.** The appeal will be reinstated on this court's active docket at that time, or when appellant's amended brief is filed. The court will also consider an appropriate motion to reinstate the appeal filed by either party, or the court may reinstate the appeal on its own motion.

PER CURIAM